166 F.3d 1204
 Thomas Lynn Burchell
v.
Dept. of Justice, Janet Reno, Attorney General, Louis Freeh,
Director of F.B.I., Charley Grubert, F.B.I. Agent, William
Brennan, Warden, Susquehanna County Jail, Richard Pelecci,
Sheriff, Susquehanna County, Charley Aliano, District
Attorney, Susquehanna County, Jeffrey Shoemaker, Chief of
Parol/Probation Susquehanna County, Angello, FBI Agent,
William Caldwell, Judge, Raymond H. Durkin, Mag. Judge, D.
Michael Fisher, Attorney General, James
 NO. 98-7314
 United States Court of Appeals,
Third Circuit.
 September 23, 1998
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 Appeal Dismissed.